entered March 31, 1925, affirming a judgment in favor
of plaintiff entered upon a verdict directed by the court.
The action was to recover upon a policy of fire insurance
insuring furniture of the assured " while contained in
the said dwelling house and additions." The furniture
destroyed was contained in a building separate from the
dwelling house though physically connected therewith.

*Frank Sowers* for appellant.

*Charles H. Tuttle* and *Martin A. Schenck* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-
LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

W. H. DILL COMPANY, INC., Respondent, *v.* NEW YORK
CENTRAL RAILROAD COMPANY, Appellant.

*Negligence — railroads — crossing accident — motor truck struck by
locomotive at street crossing.*

*Dill Co., Inc.,* v. *N. Y. Central R. R. Co.,* 207 App. Div. 837,
affirmed.

(Submitted May 15, 1925; decided June 9, 1925.)

APPEAL, by permission, from a judgment of the Appel-
late Division of the Supreme Court in the fourth judicial
department, entered October 10, 1923, unanimously
affirming a judgment in favor of plaintiff entered upon
a verdict in an action to recover damages to an automobile
truck which was struck by a locomotive of the defendant
company in the city of Buffalo, at the point where Bird
avenue crosses the railroad tracks of the defendant. It
appeared that at a point approximately 130 feet from
the crossing the track curves so as to shut off the view
of an approaching train. There was evidence that the
driver of the truck looked both ways when he was about
14 feet from the track; that he was driving about five
miles an hour; that no crossing signal was sounded and
that there was no flagman at the crossing though a city
ordinance required that one should be kept there.

*J. E. Kelly* for appellant.

*Julius A. Schreiber* and *Hamilton Ward* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE and LEHMAN, JJ. Dissenting: HISCOCK, Ch. J., McLAUGHLIN and ANDREWS, JJ.

_____

JULIA A. WALSH, Respondent, v. GUY B. DICKISON, Appellant.

*Negligence — streets — contractor engaged in paving street not liable to one crossing who sustains injury through the giving way of block of stone on which she stepped.*

*Walsh* v. *Dickison*, 212 App. Div. 851, reversed.

(Argued May 15, 1925; decided June 9, 1925.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 26, 1925, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, who, at the time of the accident was paving Oswego street in the city of Syracuse. The paving on one side of the street was completed. Beyond that a trench eighteen or twenty inches deep and the width of a car track had been excavated preliminary to paving. Plaintiff, in attempting to cross the street at a regular crosswalk stepped down into this trench, crossed it and seeing a stone against the further side stepped on it to regain the pavement, the stone gave way and she fell, sustaining the injuries complained of.

*Frederick T. Pierson* for appellant.

*Walter J. Welch* for respondent.

Judgments reversed and new trial granted, costs to abide the event, on the ground that the evidence does not establish negligence on the part of defendant.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.